# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  09-05023-01-CR-S-RED |
| | ) | |
| SHANNON WREN, | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

In accordance with the Report and Recommendation of the United States Magistrate Judge, it is hereby

ORDERED that the defendant be, and is hereby, found competent to proceed in this matter.

    S/ Richard E. Dorr
       RICHARD E. DORR
      United States District Judge

Date: March 3, 2010